```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          :

    - v. -                        :
                                        ORDER
BYRON ESTRADA, et al.,            :
                                        S9 12 Cr. 859 (VM)
            Defendants.           :
- - - - - - - - - - - - - - - - - x

        Upon the application of the United States, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorney Christopher J. DiMase;

        It is found that the Indictment in the above-captioned action, S9 12 Cr. 859, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

        ORDERED that the Indictment, S9 12 Cr. 859, in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         March __, 2013

                                    _____
                                    THE HONORABLE VICTOR MARRERO
                                    UNITED STATES DISTRICT JUDGE