

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 22, 2013

**BY FACSIMILE**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 8/
DATE FILED: 3/11/13
```

Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Byron Estrada, et al.</u>
S8 12 Cr. 859 (VM)

Dear Judge Marrero:

The Government writes to provide the Court with a status update regarding the S8 Superseding Indictment (the "S8 Indictment") in the above-captioned case, which was filed on February 20, 2013. The S8 Indictment is identical to the S6 Superseding Indictment (the "S6 Indictment"), aside from the addition of defendants Ruben Dario Restrepo-Hoyos ("Restrepo-Hoyos"), Luis Arteaga, Jr. ("Arteaga"), and Katie Hernandez ("Hernandez") to Counts One and Two.[1] Pursuant to the Court's referral, these three defendants are scheduled to be arraigned on the S8 Indictment in Magistrate Court on February 25, 2013 at 11:30 a.m.

The Government has contacted counsel for the remaining eleven defendants charged in the S8 Indictment, all of whom were previously presented and arraigned on the S6 Indictment. Each of the eleven defendants, through counsel, has indicated that he/she wishes to conduct the arraignment at the May 3, 2013 conference, and that he/she consents to the exclusion of time on the S8 Indictment through that date. Although the Court has already excluded Speedy Trial time on the S6 Indictment through May 3, 2013, in an abundance of caution, the

---

[1] Restrepo-Hoyos has been added to Count One of the S8 Indictment; Arteaga and Hernandez have been added to both Counts One and Two of the S8 Indictment

Honorable Victor Marrero
February 22, 2013
Page 2 of 2

Government respectfully requests that the Court further exclude time through that date on the S8 Indictment.

Please do not hesitate to contact me should you have any questions.

Respectfully submitted,

PREET BHARARA
United States Attorney

By:     /s/ Christopher J. DiMase
Christopher J. DiMase
Assistant United States Attorney
Southern District of New York
(212) 637-2433

cc: Kenneth Paul, Esq. (by electronic mail)
Scott Brettschneider, Esq. (by electronic mail)
Angelo Roberto Picerno, Esq. (by electronic mail)
Cesar de Castro, Esq. (by electronic mail)
Irving Cohen, Esq. (by electronic mail)
Kafahni Nkrumah, Esq. (by electronic mail)
Eric Sears, Esq. (by electronic mail)
Jake Lasala, Esq. (by electronic mail)
Glenn A. Garber, Esq. (by electronic mail)
Angharad Vaughan, Esq. (by electronic mail)
Daniel Parker, Esq. (by electronic mail)
Stanislao A. German, Esq. (by electronic mail)
Sean Maher, Esq. (by electronic mail)
Joshua Dratel, Esq. (by electronic mail)
Lindsay Lewis, Esq. (by electronic mail)
Martine Beamon, Esq. (by electronic mail)

---

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by the Government.

SO ORDERED.

3-11-13
DATE     VICTOR MARRERO, U.S.D.J.