```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X
                                  :
UNITED STATES OF AMERICA          :    ORDER
                                  :
            -v.-                  :    S9 12 Cr. 859 (VM)
                                  :
BYRON ESTRADA, et al.,            :
                                  :
            Defendants.
- - - - - - - - - - - - - - - - -X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/13

   Upon motion of the Court, it is hereby ORDERED that the pre-trial conference in the above-captioned case is continued from May 3, 2013 at 11:30 a.m., to May 17, 2013 at 11:30 a.m.

   The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial, because it will permit defense counsel to continue reviewing discovery materials, and will allow the parties to engage in ongoing discussions regarding a possible disposition of the case. Accordingly, it is further ORDERED that the time between May 3, 2013 and May 17, 2013 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

Dated: New York, New York
    April 15, 2013

          THE HONORABLE VICTOR MARRERO
          UNITED STATES DISTRICT JUDGE