USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
                                    :
UNITED STATES OF AMERICA                    ORDER
                                    :
           -v.-                             S9 12 Cr. 859 (VM)
                                    :
BYRON ESTRADA, et al.,
                                    :
           Defendants.
- - - - - - - - - - - - - - - - - -X

            Upon motion of the Court, with the consent of all

parties, it is hereby ORDERED that the pre-trial conference in

the above-captioned case is continued from May 17, 2013 at 11:30

a.m., to May 31, 2013 at 11:00 a.m.

            The Court finds that the ends of justice served by

granting a continuance outweigh the best interests of the public

and the defendants in a speedy trial, because it will permit

defense counsel to continue reviewing discovery materials, and

will allow the parties to engage in ongoing discussions

regarding a possible disposition of the case.  Accordingly, and

with the consent of all parties, it is further ORDERED that the

time between May 17, 2013 and May 31, 2013 is hereby excluded

under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the

interests of justice.

Dated:   New York, New York
         May 7, 2013



                                    _____
                                    THE HONORABLE VICTOR MARRERO
                                    UNITED STATES DISTRICT JUDGE