```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA        :

     - v. -                     :       ORDER

BYRON ESTRADA, et al.,          :       S10 12 Cr. 859 (VM)

          Defendants.           :
- - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/2013

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorney Christopher J. DiMase;

It is found that the Indictment in the above-captioned action, S10 12 Cr. 859, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

ORDERED that the Indictment, S10 12 Cr. 859, in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         September 19, 2013

                                   _____
                                   THE HONORABLE VICTOR MARRERO
                                   UNITED STATES DISTRICT JUDGE