```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA           :

    - v. -                         :
                                          ORDER
BYRON ESTRADA, et al.,             :
                                          S10 12 Cr. 859 (VM)
              Defendants.          :
- - - - - - - - - - - - - - - - - x
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorney Christopher J. DiMase;

It is found that the Indictment in the above-captioned action, S10 12 Cr. 859, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

ORDERED that the Indictment, S10 12 Cr. 859, in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         September 20, 2013

_____
THE HONORABLE DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 2 0 2013