

## U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 2, 2013

BY FACSIMILE

Hon. Victor Marrero
United States District Judge
40 Centre Street, Rm. 1040
New York, NY 10007

RE:  United States v. Luis Arteaga, Jr.
     S10 12 Cr. 859 (VM)

Dear Judge Marrero,

On October 9, 2013, defendant Luis Arteaga, Jr. pled guilty pursuant to a plea agreement before a United States Magistrate Judge. The parties understand that the Court has availability for a sentencing hearing as to defendant Arteaga on January 10, 2014 at 10:00 a.m., and respectfully request that sentencing be scheduled for that date and time.

Respectfully yours,

PREET BHARARA
United States Attorney

By: _____
Timothy T. Howard
Assistant United States Attorney
(212) 637-2308

Cc:  Joshua Dratel, Esq. (by electronic mail)

---

Request GRANTED. The sentencing of defendant *Luis Arteaga* herein is rescheduled to 1-10-14 at 10:00 a.m.

SO ORDERED.

11-4-13
DATE        VICTOR MARRERO, U.S.D.J.