USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/14

LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL
—
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

STEVEN WRIGHT
*Office Manager*

January 2, 2014

**BY FACSIMILE [212-805-6382]**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

                Re:    *United States v. Arteaga,*
                      S10 12 Cr. 859-13 (VM)

Dear Judge Marrero:

      This letter is in regard to the sentencing of defendant Luis Arteaga, Jr., whom I represent by CJA appointment in the above-entitled case. Mr. Arteaga's sentencing is currently scheduled for January 10, 2014, at 10 a.m. However, for the reasons set forth below, it is respectfully requested that the sentencing be adjourned. I have spoken with Assistant United States Attorney Timothy T. Howard, and he has informed me that the government does not object to this application. Both AUSA Howard and I are available January 31, 2014, for Mr. Arteaga's sentencing, if that is convenient for the Court.

                                      Respectfully submitted,

                                        Joshua L. Dratel

JLD/
cc:    Colleen Tyler
        United States Probation Officer

Request GRANTED. The sentencing of defendant Luis Arteaga herein is rescheduled to 1-31-14 at 3:00 p.m.

SO ORDERED.

1-2-14
DATE               VICTOR MARRERO, U.S.D.J.