LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006

TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/14
```

JOSHUA L. DRATEL
—
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

STEVEN WRIGHT
*Office Manager*

January 27, 2014

**BY FACSIMILE [212-805-6382]**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  *United States v. Arteaga,*
     S10 12 Cr. 859-13 (VM)

Dear Judge Marrero:

This letter is in regard to the sentencing of defendant Luis Arteaga, Jr., whom I represent by CJA appointment in the above-entitled case. Mr. Arteaga's sentencing is currently scheduled for January 31, 2014, at 3 p.m. However, for the reasons set forth below, it is respectfully requested that the sentencing be adjourned. I have spoken with Assistant United States Attorney Timothy T. Howard, and he has informed me that the government does not object to this application. Both AUSA Howard and I are available FridayFebruary 14, 2014, February 21, 2014, or February 28, 2014, for Mr. Arteaga's sentencing, if that is convenient for the Court.

The reasons for this request are that I received the final Pre-Sentence Report last Thursday, and need to review it with Mr. Arteaga this week at the Metropolitan Detention Center. Once that review is complete, I can finish preparing the sentencing submission on Mr. Arteaga's behalf. In addition, I am awaiting letters from Mr. Arteaga's family for inclusion in the submission.

Respectfully submitted,

Joshua L. Dratel

JLD/
cc:  Timothy T. Howard
     Assistant United States Attorney

     Colleen Tyler
     United States Probation Officer

Request GRANTED. The sentencing of defendant Luis Arteaga herein is rescheduled to 2-28-14 at 4:00 P.M.

SO ORDERED.

1-28-14
DATE        VICTOR MARRERO, U.S.D.J.