```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA           :
                                   :    12 Cr. 859 (VM)
                                   :
       - against -                 :    ORDER
                                   :
                                   :
LUIS ARTEAGA, JR.,                 :
                                   :
             Defendant.            :
-----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/14

**VICTOR MARRERO**, United States District Judge.

Sentencing in the matter, currently scheduled for February 28, 2014, is hereby rescheduled to May 2, 2014 at 3:30 p.m.

**SO ORDERED.**

Dated:   New York, New York
         26 February 2014

_____
Victor Marrero
U.S.D.J.