LAW OFFICES OF

## JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL                                                  STEVEN WRIGHT
—                                                            *Office Manager*
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

April 25, 2014

**BY ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

                         Re:      *United States v. Arteaga,*
                                     S10 12 Cr. 859-13 (VM)

Dear Judge Marrero:

       This letter is submitted on behalf of Luis Arteaga, whom I represent by CJA appointment in the above-captioned case, in regard to his sentencing, currently scheduled for Friday, May 2, 2014, at 3 p.m. I am currently engaged in trial in *United States v. Mostafa*, 04 Cr. 356 (KBF), and will be for the next 2-3 weeks. The trial commenced April 14, 2014. As a result, preparation of the sentencing submission on Mr. Arteaga's behalf has been delayed. Consequently, it is respectfully requested that Mr. Arteaga's sentencing be adjourned until May 30, 2014, at a time convenient to the Court. I have spoken with Assistant United States Attorney Timothy T. Howard, who consents to this application. Also, AUSA Howard has another sentencing in the same case, *United States v. Estrada*, 12 Cr. 859 (VM), scheduled that afternoon, and I am available at any time before or after that 2 p.m. sentencing.

                                                           Respectfully Submitted,

                                                            Joshua L. Dratel

JLD/
cc:      Timothy T. Howard
         Assistant United States Attorney