LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
—
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL
—
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

STEVEN WRIGHT
*Office Manager*

April 25, 2014

**BY ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

        Re:   *United States v. Arteaga,*
                S10 12 Cr. 859-13 (VM)

Dear Judge Marrero:

       This letter is submitted on behalf of Luis Arteaga, whom I represent by CJA appointment in the above-captioned case, in regard to his sentencing, currently scheduled for Friday, May 2, 2014, at 3 p.m. I am currently engaged in trial in *United States v. Mostafa*, 04 Cr. 356 (KBF), and will be for the next 2-3 weeks. The trial commenced April 14, 2014. As a result, preparation of the sentencing submission on Mr. Arteaga's behalf has been delayed. Consequently, it is respectfully requested that Mr. Arteaga's sentencing be adjourned until May 30, 2014, at a time convenient to the Court. I have spoken with Assistant United States Attorney Timothy T. Howard, who consents to this application. Also, AUSA Howard has another sentencing in the same case, *United States v. Estrada*, 12 Cr. 859 (VM), scheduled that afternoon, and I am available at any time before or after that 2 p.m. sentencing.

                                       Respectfully Submitted,

                                       Joshua L. Dratel

JLD/
cc:   Timothy T. Howard
      Assistant United States Attorney

Request GRANTED. The sentencing of defendant Luis Arteaga herein is rescheduled to 5-30-14 at 11:30 A.M.

SO ORDERED.

5-2-14
DATE        VICTOR MARRERO, U.S.D.J.